

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 20, 2018

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Tourey Ahmed Rufai</u>, 18 Cr. 201 (DLC)

Dear Judge Cote:

      The Government respectfully requests that the Court sign and enter the proposed protective order attached hereto as Exhibit A to govern the production of certain discovery materials in this case. The proposed protective order has been executed by the Government as well as counsel for the defendant.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

By:                               
                    Sagar K. Ravi
                    Assistant United States Attorney
                    (212) 637-2195
                    sagar.ravi@usdoj.gov

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                      :
UNITED STATES OF AMERICA              :
                                      :
     - v. -                           :
                                      :
TOUREY AHMED RUFAI,                   :
     a/k/a "Joe Thompson,"            :
     a/k/a "Joe Terry,"               :
     a/k/a "Rufai A Tourey,"          :
     a/k/a "Ahmed Rufai Tourey,"      :
                                      :
                 Defendant.           :
                                      :
- - - - - - - - - - - - - - - - - - X

**PROTECTIVE ORDER**

18 Cr. 201 (DLC)

     WHEREAS, the United States of America seeks to provide in unredacted form certain documents pursuant to Rule 16 of the Federal Rules of Criminal Procedure; and

     WHEREAS, some material that the Government seeks to provide contains personal identification information of specific individuals and other private, sensitive, and confidential matter; and

     WHEREAS, the Government is willing, under the conditions set forth below, to produce such materials;

     IT IS HEREBY agreed, by and between the United States of America, GEOFFREY S. BERMAN, United States Attorney, by Sagar K. Ravi, Assistant United States Attorney, and the defendant TOUREY AHMED RUFAI, a/k/a "Joe Thompson," a/k/a "Joe Terry,"

a/k/a "Rufai A Tourey," a/k/a "Ahmed Rufai Tourey," by and through his undersigned attorney, that:

1.    Any material reflecting (a) personal identification information, including, but not limited to, names, addresses, social security numbers, bank account numbers, and telephone numbers, and (b) other such private, sensitive, and confidential matter produced by the Government in this action is deemed "Confidential Information" and shall be so identified by the Government.

2.    Confidential Information disclosed to the defendant or to his counsel during the course of proceedings in this action:

(a)   Shall be used by the defendant and his counsel only for purposes of the defense of this action;

(b)   Shall be maintained in a safe and secure manner solely by the defendant's counsel; shall not be possessed by the defendant, except in the presence of the defendant's counsel; and shall not be disclosed in any form by the defendant or his counsel except as set forth in paragraph 2(c) below;

(c)   May be disclosed by the defendant or his counsel only to the following persons (hereinafter "Designated Persons"):

2

(i)   investigative, secretarial, clerical, and paralegal student personnel, or any interpreter or translator, employed full-time or part-time by the defendant's counsel;

(ii) independent expert witnesses, investigators, or advisors retained by the defendant's counsel in connection with this action;

(iii) such other persons as hereafter may be authorized by the Court upon motion by the defendant; and

(d)   Shall either be returned to the Government following the conclusion of the trial of the above-referenced action or upon the defendant's sentencing or upon the conclusion of any appeals, or maintained by defendant's counsel as required by her duties and responsibilities as counsel, as the case may be, provided that defendant's counsel maintains the Confidential Information in accordance with Paragraph 2(b).

3.   The defendant and his counsel shall provide a copy of this Order to Designated Persons to whom they disclose Confidential Information pursuant to paragraph 2(c).   Prior to disclosure of Confidential Information to Designated Persons, pursuant to paragraph 2(c), any such Designated Person shall agree to be subject to the terms of this Order by signing a copy

3

hereof and providing such copy to the Government and the defendant's counsel.

       4.   The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in connection with the above-referenced action or to any District Judge or Magistrate Judge of this Court for purposes of the above-referenced action.

      [Remainder of page intentionally left blank]

5.    With respect to Confidential Information, any filings with any court shall be governed by Rule 49.1 of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          March 19, 2018

GEOFFREY S. BERMAN
United States Attorney for the Southern
District of New York

By: _____
    Sagar K. Ravi
    Assistant United States Attorney

_____
Natali Todd, Esq.
Attorney for TOUREY AHMED RUFAI


                    SO ORDERED:


                    _____
                    THE HONORABLE DENISE L. COTE
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK

5