UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    - v. -

TOUREY AHMED RUFAI,
    a/k/a "Joe Thompson,"
    a/k/a "Joe Terry,"
    a/k/a "Rufai A Tourey,"
    a/k/a "Ahmed Rufai Tourey,"

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER AND JUDGMENT OF FORFEITURE OF BAIL**

18 Cr. 201 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2019

This cause having come on to be heard on the motion of Geoffrey S. Berman, United States Attorney for the Southern District of New York, by Sagar K. Ravi, Assistant United States Attorney,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the bail securing the release of defendant TOUREY AHMED RUFAI, a/k/a "Joe Thompson," a/k/a "Joe Terry," a/k/a "Rufai A Tourey," a/k/a "Ahmed Rufai Tourey" (the "defendant") be forfeited and that the United States of America have and recover judgment against the defendant and sureties Murtada Prince Mashud, Hamza Jahra Mohammed, and Hudeiya Adjei, jointly and severally, in the sum of $150,000 and that the United States have execution therefore.

Dated:     New York, New York
           November 26, 2019

                                            HONORABLE DENISE L. COTE
                                            UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED:

Ruby J. Krajick
Clerk of the Court
Southern District of New York