```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :      18cr201-01(DLC)
             -v-                         :
                                         :      ORDER
TOUREY AHMED RUFAI,                      :
                                         :
                     Defendant.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On May 20, 2022, defendant Tourey Ahmed Rufai filed a pro se "Motion to Cancel Bail". It is hereby

ORDERED that the Government shall respond to the motion by June 10, 2022.

SO ORDERED:

Dated:    New York, New York
          May 25, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge