UNITED STATES DISTRICT COURT
NEW YORK
(SOUTHERN DISTRICT)

*Denied. [signature] 6/13/22*

UNITED STATES OF AMERICA,

Hon: Judge Cote

Case Number: 1: S1 18CR00201-001(D

Plaintiff,

v.

TOUREY AHMED RUFAI

MOTION TO CANCEL BAIL

Defendant.

---

**MOTION TO RECALL BAIL OR TO CANCEL THE EXISTING BAIL, DEFENDANT IS IN CUSTODY OF BOP, MOTION UNDER THE BAIL REFORM ACT OF 1984.**

COMES NOW, the Defendant, Tourey Ahmed Rufai ("TOUREY AHMED RUFAI"), acting on his own behalf, and respectfully moves this Honorable Court to use its discretion and issue an order canceling his bail that was granted to him under Under 18 U.S.C. 3143(a)or(b)(1). The defendant is currently in Bureau of Prison Custody Serving 48 months (four years) that was initially imposed by this Honorable Court. Mr. Rufai is currently incarcerated in North Lake Correctional Facility (NLCF) Baldwin Michigan. The issue at now is the family that consigned the bail are still getting their wages garnished IRS because Mr. Rufai abscond before turning

1