UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :     18cr201-01(DLC)
            -v-                         :
                                        :     ORDER
TOUREY AHMED RUFAI,                     :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

In a letter dated May 20, 2025 and received May 22, 2025, the defendant moves for an Order to recall or cancel the bail he forfeited when he failed to surrender for his term of imprisonment. On July 13, 2022, this Court issued an Opinion and Order denying a request from the sureties of his bail bond for the same relief. For the reasons stated in the July 13 Opinion, it is hereby

ORDERED that the defendant's motion to cancel or recall his bail is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order and the July 13, 2022 Opinion to the defendant at the address listed in his May 20 letter and note service on the docket.

Dated:   New York, New York
         May 28, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge